USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

**LAWRENCE YOUNG,** *on behalf of himself and all other persons similarly situated,*

                                   **Plaintiff,**

        -against-

**ASHFORD UNIVERSITY, LLC,**

                                  **Defendant.**

-------------------------------------------------------------x

**20-CV-5830 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      It is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**    **October 5, 2020**
               **New York, New York**

                                                        **HON. ANDREW L. CARTER, JR.**
                                                           **United States District Judge**